**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV – 00-2287 MJD/SRN**

---

Kathryn M. Armstrong,

Plaintiff,

-vs-

**STIPULATION AND ORDER TO AMEND PLAINTIFF'S COMPLAINT**

The Rose Law Firm, P.A.,

Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. Plaintiff will file the attached and Amended Complaint amending its claims and factual allegations under the Fair Debt Collection Practices Act.

2. Counsel for Defendant The Rose Law Firm, P.A., John K. Rossman, will duly accept service for the Defendant, and said service will be deemed to be personal service upon Defendant.

3. Defendant will have twenty (20) days after service of Plaintiff's Amended Complaint to interpose an Answer or otherwise plead and this stipulation is in no way an admission to the allegations contained in Plaintiff's Amended Complaint; and

4. That this Stipulation is in accordance with Fed.R.Civ.P. 15.

FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ATTORNEYS FOR PLAINTIFF**

By:____________________
Thomas J. Lyons, Jr.
Attorney I.D. No.: 249646
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651)770-9707

Dated: 3/8/01

Peter F. Barry
Attorney I.D. No.: 0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 714-8800

**ATTORNEY FOR DEFENDANT**

By:____________________
John K. Rossman
Attorney I.D. No.:
Hellmuth & Johnson, P.A.
10400 Viking Drive, Suite 560
Eden Prairie, Minnesota 55344
Telephone: (952) 941-4005

Dated: March 13, 2001

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff may serve upon the Defendants the Amended Summons and Amended Complaint, which is attached hereto.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

Dated: March 16, 2001

BY THE COURT:

Susan Richard Nelson
Susan Richard Nelson, Magistrate Judge
United States District Court