**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Kathryn M. Armstrong,** | **Civil No. 00-2287 (MJD/SRN)** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **The Rose Law Firm, P.A.,** | |
| **Defendant.** | |

Thomas J. Lyons, Jr., Esq. on behalf of Plaintiff Kathryn M. Armstrong.

John K. Rossman, Esq. on behalf of Defendant The Rose Law Firm, P.A.

SUSAN RICHARD NELSON, United States Magistrate Judge.

The above-entitled matter came before the undersigned United States Magistrate Judge on August 2, 2001, on Plaintiff's Motion to Compel The Deposition of Craig Rose, Esq. And For A Protective Order (Doc. No. 14-1, 14-2) and Defendant's Motion To Compel The Deposition of Kathryn Armstrong And Responses To Discovery Requests (Doc. No. 17).

This Order should memorialize the rulings the Court made from the bench with respect to these two motions. To the extent Plaintiff's motion sought to compel the deposition of Craig Rose, it is denied as moot, as the deposition was indeed completed. To the extent Plaintiff's motion sought a protective order, it was granted. To the extent Plaintiff's motion sought attorneys' fees and sanctions, it was denied. To the extent

Filed SEP 28 2001
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Defendant's motion to compel sought the deposition of Kathryn Armstrong, it was withdrawn. To the extent Defendant's motion to compel sought additional responses to discovery requests, it was denied.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel The Deposition of Craig Rose, Esq. And For A Protective Order (Doc. No. 14-1, 14-2) is **granted in part, denied in part and denied as moot in part,** as more fully set forth in the Order.

2. Defendant's Motion To Compel The Deposition of Kathryn Armstrong And Responses To Discovery Requests (Doc. No. 17) is **withdrawn in part and denied in part**, as more fully set forth in this Order.

Dated: September 28, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge