# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kathryn M. Armstrong,
Plaintiff,

Case No. Civil 00- 2287 MJD/SRN

v.

**JUDGMENT IN A CIVIL CASE**

The Rose Law Firm, P.A.
Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that: 1. Pltf's motion for summary judgment is GRANTED; 2. Deft's motion for Summary Judgment is DENIED; 3. Deft shall pay to Pltf $1,000 in statutory damages; and 4. Pltf's motion to Strike Affidavits is DENIED AS MOOT.**

DATE: March 7, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

47