**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Kathryn M. Armstrong,** **Civil No. 00-2287 (MJD/SRN)**

**Plaintiff,**

v.

**ORDER**

**The Rose Law Firm, P.A.**

**Defendant.**

---

Thomas J. Lyons, Jr., Esq., on behalf of Plaintiff.

John K. Rossman, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On September 4, 2002, the Court issued an Order granting Plaintiff's Motion for Intent to Claim an Award of Attorneys' Fees. Despite the slightly unusual title, this was a standard motion for attorneys' fees in which Plaintiff requested an award of $43,180.00 in fees and costs, and $1,475.29 in advances for various additional fees, pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. Further, this was clearly the parties' understanding and the Court's understanding of the nature of the motion at the time it was argued. Therefore, in order to clarify any administrative confusion that resulted from the title of Plaintiff's motion, the Court now states that its intent when granting Plaintiff's motion was to have these fees and costs awarded.

FILED JAN 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 29, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge