**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kathryn M. Armstrong, Civil File No. 00-2287 (MJD/SRN)

Plaintiff,

v. **ORDER**

The Rose Law Firm, P.A.,

Defendant.

Thomas J. Lyons, Jr., Consumer Justice Center, P.A. for and on behalf of Plaintiff.

John K. Rossman, Helmuth & Johnson, P.L.L.C., for and on behalf of Defendant.

This matter is before the Court on Plaintiff's request for clarification of Magistrate Judge Susan R. Nelson's January 29, 2003 Order purporting to award attorney's fees and costs. It is the Court's understanding that the Clerk's office could not enter judgment on the purported award due to the wording of the Order. The Court has conducted a thorough review of the file and the relevant law. The Court finds that an award of $43,180.00 in attorney's fees and costs and $1,475.29 for various additional fees, pursuant to the Fair Debt Collection Practices Act is appropriate in this case. See 15 U.S.C. §§ 1692 - 1692o.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff is awarded $43,180.00 in attorney's fees and costs; and

MAR 2 0 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff is awarded $1,475.29 for various additional fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: March 20, 2003

Michael J. Davis
Michael J. Davis
United States District Court Judge